UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MICHAEL W. TILLEMAN, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LEAFFILTER NORTH, LLC and LEAFFILTER NORTH OF TEXAS, LLC,<br><br>　　　　Defendants. | Case No. 5:18-CV-1152-DAE |

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT**

Plaintiff Michael W. Tilleman, individually and on behalf of a settlement class as defined in the accompanying Brief in Support (the "Settlement Class"), by and through his counsel William B. Federman of Federman & Sherwood, hereby requests the Court enter an Order:

(1) Preliminarily approving the Settlement Agreement, which is attached as Exhibit 1 to the Brief in Support, which is filed contemporaneously herewith;

(2) Certifying the Settlement Class under Rule 23 of the Federal Rules of Civil Procedure for settlement purposes only;

(3) Appointing Mr. Tilleman as Class Representative of the Settlement Class;

(4) Appointing Mr. Federman as Settlement Class Counsel;

(5) Approving the Claim Form, attached as Exhibit A to the Settlement Agreement;

(6) Appointing KCC, LLC as the Settlement Administrator;

(7) Approving the Notice Program as set forth in the Settlement Agreement;

  (8) Approving as to form and content the notices attached to the Settlement Agreement as Exhibit B (Short Form Notice) and Exhibit C (Long Form Notice); and

  (9) Scheduling a final approval hearing to consider entry of a final judgment approving the Settlement and the request for Class Counsel's attorneys' fees, costs, and expenses, and Class Representative Service Awards.

The reasons and authority proffered in support of Plaintiffs' request are set forth in the Brief in Support that is filed contemporaneously herewith and incorporated herein.

  WHEREFORE, Plaintiff respectfully request that the Court enter an order preliminarily approving the Settlement Agreement.

Dated:  May 31, 2019       Respectfully Submitted,

             /s/ *William B. Federman*
             William B. Federman, TBA #00794935
             **FEDERMAN & SHERWOOD**
             10205 N. Pennsylvania Avenue
             Oklahoma City, OK 73120
             -and-
             212 W. Spring Valley Rd.
             Richardson, TX 75081
             Telephone: (405) 235-1560
             Facsimile:  (405) 239-2112

             *Attorney for Plaintiff and the Proposed Class*

## **CERTIFICATE OF SERVICE**

This is to certify that on May 31, 2019, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Paul G. Karlsgodt
Michelle R. Gomez
BAKER & HOSTETLER LLP
801 California Street, Suite 4400
Denver, CO 80202-2662

*Attorneys for Defendants*

/s/ *William B. Federman*
William B. Federman

*Attorney for Plaintiff and the Proposed Class*