UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MICHAEL W. TILLEMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LEAFFILTER NORTH, LLC and LEAFFILTER NORTH OF TEXAS, LLC,<br><br>Defendants. | Case No. 5:18-CV-1152-DAE |

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL
APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT**

Representative Plaintiff Michael W. Tilleman, individually and on behalf of a settlement class as defined in the accompanying Brief in Support (the "Settlement Class"), by and through Class Counsel William B. Federman of Federman & Sherwood, hereby seeks final approval of the Class Action Settlement Agreement, which this Court preliminarily approved on July 8, 2019, R. Doc. 22.

The reasons and authority in support of Plaintiff's request are set forth in the Brief in Support that is filed contemporaneously with and incorporated into this Motion.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order: (i) granting final certification of the Settlement Class conditionally certified in the Preliminary Approval Order; (ii) granting final approval of the Settlement Agreement; and (iii) for any other relief that the Court deems just under the circumstances. A proposed final approval order is attached as

**Exhibit 2** to Plaintiff's Brief in Support of His Unopposed Motion for Final Approval of Class Action Settlement Agreement.

Dated:  October 25, 2019                              Respectfully Submitted,

/s/ *William B. Federman*
William B. Federman, TBA #00794935
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
-and-
212 W. Spring Valley Rd.
Richardson, TX 75081
Telephone: (405) 235-1560
Facsimile:  (405) 239-2112

*Attorney for Representative Plaintiff and the Settlement Class*

## CERTIFICATE OF SERVICE

    This is to certify that on October 25, 2019, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Paul G. Karlsgodt
Michelle R. Gomez
BAKER & HOSTETLER LLP
801 California Street, Suite 4400
Denver, CO 80202-2662

*Attorneys for Defendants*

                                                /s/ *William B. Federman*
                                                William B. Federman

                                                *Attorney for Representative Plaintiff and the Settlement Class*